**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael James MONTGOMERY,**
**Defendant–Appellant.**

**No. 10–14607**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 1, 2011.

Peggy Morris Ronca, Assistant U.S. Attorney, Daniel W. Eckhart, U.S. Attorney's Office, Rick L. Jancha, Nejame, Lafay, Jancha, et al., Orlando, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Tracy N. DaCruz, Rosemary T. Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Michael James Montgomery in this 18 U.S.C. § 3582(c)(2) proceeding, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Montgomery a sentence reduction under § 3582(c)(2) is **AFFIRMED**.